

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00648-CV

Mark J. **CARRILLO**,
Appellant

v.

**DEACON RECRUITING, INC.** and Deacon Professional Services, LLC,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11039
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED October 23, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice